UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Diane Nahas,<br><br>                    Plaintiff,<br>    v.<br><br>Patenaude & Felix A.P.C.; and<br>DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 2:11-cv-06326<br>(LDW)(WDW) |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

      Diane Nahas ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 23, 2012

                                                      Respectfully submitted,

                                                      By: /s/ Sergei Lemberg

                                                      Sergei Lemberg (SL 6331)
                                                      Lemberg & Associates L.L.C.
                                                      1100 Summer Street, 3rd Floor
                                                      Stamford, CT 06905
                                                      Telephone: (203) 653-2250
                                                      Facsimile:  (203) 653-3424
                                                      Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2012, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system (ECF) and that the document is available on the ECF system.

                                          By /s/ Sergei Lemberg
                                                 Sergei Lemberg